**DISMISS; and Opinion Filed May 16, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01652-CV

### NRG & ASSOCIATES, LLC, Appellant
### V.
### VND CLOTHING COMPANY, INC., Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-05755**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice O'Neill

Appellant's brief in this case is overdue. By postcard dated March 17, 2014, we notified appellant the time for filing its brief had expired. We directed appellant to file both appellant's brief and an extension motion within ten days. We cautioned appellant that failure to file appellant's brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed its brief, an extension motion, or otherwise corresponded with the Court regarding the status of appellant's brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/Michael J. O'Neill/

MICHAEL J. O'NEILL
131652F.P05                    JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

NRG & ASSOCIATES, LLC, Appellant

No. 05-13-01652-CV      V.

VND CLOTHING COMPANY, INC.,
Appellee

On Appeal from the 116th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-05755.
Opinion delivered by Justice O'Neill.
Justices Moseley and FitzGerald
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee VND CLOTHING COMPANY, INC. recover its costs of this appeal from appellant NRG & ASSOCIATES, LLC.


Judgment entered this 16th day of May, 2014.


/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE